Decisions on Petitions for Writs of Certiorari.

No. 678. St. Louis & San Francisco Railroad Company *v.* Furry. Eighth Circuit. Denied, June 2, 1902. *Mr. L. F. Parker* for the petitioner. *Mr. Joseph M. Hill* and *Mr. James Brizzolara* opposing.

No. 664. Bragg, Special Administrator, *v.* Wright. Seventh Circuit. Denied June 2, 1902. *Mr. Edward S. Bragg* for the petitioner. *Mr. William Worthington* opposing.

No. 671. Edison *v.* American Mutoscope Company. Second Circuit. Denied June 2, 1902. *Mr. Richard N. Dyer* for the petitioner. *Mr. T. B. Kerr* and *Mr. Drury W. Cooper* opposing.

No. 680. Miller *v.* United States. Fifth Circuit. Denied June 2, 1902. *Mr. George Clark* for the petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

No. 677. La Republique Francaise *v.* Saratoga Vichy Spring Company. Second Circuit. Granted June 2, 1902. *Mr. Archibald Hopkins* for the petitioners. *Mr. Edgar T. Brackett* opposing.

No. 679. Benziger *v.* United States. Second Circuit. Granted June 2, 1902. *Mr. W. Wickham Smith* and *Mr. Charles Curie* for the petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.